UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
      v.                    )   2:10-CR-393-GMN (PAL)
                            )
JONAS RANGEL,               )
                            )
            Defendant.      )

## ORDER OF FORFEITURE

This Court found on November 1, 2011, that JONAS RANGEL shall pay a criminal forfeiture money judgment of $113,620.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 41.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JONAS RANGEL a criminal forfeiture money judgment in the amount of $113,620.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _8_ day of __June__, 2012.

_____
UNITED STATES DISTRICT JUDGE